# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES--GENERAL

Case No.  **5:26-cv-02583-FLA-DTB**                              Date: **June 24, 2026**

Title:  **Alvaro Mendez Hipolito v. D. Marin, Warden, et al**
=================================================================

**DOCKET ENTRY**
=================================================================

PRESENT:

### HON. DAVID T. BRISTOW, MAGISTRATE JUDGE

Rachel Maurice                                          n/a
Deputy Clerk                                          Court Reporter

ATTORNEYS PRESENT FOR PETITIONER:        ATTORNEYS PRESENT FOR RESPONDENT:
     None present                                      None present

**PROCEEDINGS: (IN CHAMBERS) ORDER REQUIRING RESPONDENTS TO LODGE DOCUMENTS; ORDER REQURING PETITIONER TO FILE SUPPLEMENTAL REPLY**

On May 15, 2026, the Court granted Petitioner's motion for appointment of counsel, and appointed the Office of the Federal Public Defender ("FPD") to represent Petitioner.  (Docket No. 8).

On May 27, 2026, the FPD belatedly filed a Notice of Appearance in this case. (Docket No. 13).

On June 8, 2026 (following the May 21, 2026 filing of Respondents' Answer to the Petition and to Emergency Motion for Temporary Restraining Order and Preliminary Injunction" ("Answer"), see Docket No. 11), Petitioner, who may not have been aware that he had been appointed counsel, filed a Reply to the Answer ("Reply"). (Docket No. 14).

In the Reply, Petitioner asserts that he received a bond hearing on May 7, 2026, and that the Immigration Judge "ruled he lacked jurisdiction over his custody re-determination relying on Matter of Yajure Hurtado, 29 I&N Dec. 216 (BIA 2025). (Reply at 2; see id. at 2).

Respondents did not reference or otherwise mention a bond hearing in the Answer, and Petitioner has not provided any evidence to substantiate that bond hearing he referenced in his Reply.

MINUTES FORM 11                                      Initials of Deputy Clerk  RAM
CIVIL-GEN

Within five (5) days of the date of this Order, Respondents are ORDERED to lodge with the Court the transcript from the May 7, 2026 bond hearing and the Immigration Judge's decision related to that bond hearing.

Within seven (7) days of the date of this Order, Petitioner (through appointed counsel) is ORDERED to file a Supplemental Reply supplementing the arguments raised in the Reply and/or addressing the arguments raised in the Answer.

**IT IS SO ORDERED**.

MINUTES FORM 11
CIVIL-GEN

Initials of Deputy Clerk  RAM