JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO MENDEZ HIPOLITO,<br>Petitioner,<br>v.<br>D. MARIN, *et al.*,<br>Respondents. | Case No. 5:26-cv-02583-FLA (DTB)<br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge (Dkt. 18), the court GRANTS Petitioner Alvaro Mendez Hipolito's ("Petitioner," A# 204-520-684) Petition for Writ of *Habeas Corpus* under 8 U.S.C. § 2241 (Dkt. 1) and ENTERS Judgment in Petitioner's favor.

IT IS SO ORDERED AND ADJUDGED.

Dated: July 20, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge